# EXHIBIT A

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Monday, February 10, 2025 10:46:01 PM
**To:** Grundmann, Susan <sgrundmann@flra.gov>
**Cc:** Turner, Catherine <CTurne@flra.gov>
**Subject:** Notice from the Office of Presidential Personnel

Susan,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the Federal Labor Relations Authority is terminated, effective immediately.

Thank you for your service,

Trent Morse

Deputy Assistant to the President

Deputy Director of Presidential Personnel

The White House

**CAUTION:** This message may contain Controlled Unclassified Information (CUI) that requires safeguarding or dissemination control under applicable law, regulation, or Government-wide policy. This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.