IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN TSUI GRUNDMANN,<br><br>*Plaintiff*,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President,<br><br>and<br><br>COLLEEN DUFFY KIKO, in her official capacity as chairman of the Federal Labor Relations Authority,<br><br>*Defendants*. | Case No. 1:25-CV-00425-SLS |

## JOINT STATUS REPORT

On February 15, 2025, the Court ordered the Parties to meet, confer, and file a Joint Status Report related to the Plaintiff's Motion for Preliminary Injunction and Summary Judgment. In particular, the court ordered the parties to address "the following issues by 11:00 AM on Monday February 17, 2025: (1) a proposed briefing schedule for Plaintiff's [Motion]; (2) a statement addressing whether a hearing on the Motion is necessary, and if so, two proposed dates and times for such a hearing; and (3) a statement addressing whether the Parties anticipate factual disputes between declarants, and if so, a statement addressing whether the Parties believe an evidentiary hearing will be necessary to resolve the disputes and a proposal for proceeding with such a hearing, see LCvR65.1(d)." The Court also stated that the "the Parties may also address any other issues that they believe will be helpful to the Court. Any disagreements should be noted in the Joint Status Report."

The parties respond as follows:

**PLAINTIFF'S POSITION**

    1.    **Proposed Briefing Schedule**: Plaintiff proposes that Defendants file their opposition and any cross-motion by 11:59 p.m. on February 21, 2025; Plaintiff files her reply (and opposition to any cross-motion) by 11:59 p.m. on February 24, 2025; and Defendants file their reply in support of any cross-motion by 11:59 p.m. on February 27, 2025.

    2.    **Proposed Hearing Date**: Plaintiff proposes a hearing date of March 3 or March 4, 2025 at 10:00 a.m. or 2 p.m.

    3.    **Factual Disputes and Nature of Hearing**: Plaintiff is unaware of any factual disputes and, if the hearing is consolidated under with a trial on the merits under Rule 65(d), propose the hearing consist of one hour of argument on each side based on the papers the parties have filed.

**DEFENDANTS' POSITION**

Defendants propose a briefing schedule that provides Defendants two weeks from the date of Plaintiff's combined Motion for Preliminary Injunction and Summary Judgment to oppose and cross-move for summary judgment, as opposed to the one week provided in Plaintiffs' proposed schedule. This schedule would serve the interests of justice and judicial economy for at least two reasons. First, it would shorten Defendants' presumptive deadline to respond to Plaintiff's complaint by approximately forty-five days, if not more (measured from pending service on the U.S. Attorney), still permitting resolution of the case on a substantially expedited timeline while providing Defendants a more reasonable opportunity to brief the constitutional questions at issue and materially assist the Court in deciding those questions. Second, it would not prejudice Plaintiff or her request for preliminary injunctive relief to shift briefing back by approximately one week

from her proposed schedule, as she was removed from office on the night of Monday, February 10, 2025, and was thus out of office for four full business days prior to moving for a preliminary injunction after business hours on Friday, February 14, 2025.

Accordingly, Defendants propose the following deadlines:

- **Friday, February 28:** Defendants' opposition and cross-motion.

- **Monday, March 3:** Plaintiff's reply and opposition to cross-motion.

- **Friday, March 7:** Defendants' reply.

- **Tuesday, March 11 or Wednesday, March 12:** Hearing on cross-motions, subject to the Court's availability.

Defendants, like Plaintiff, are unaware of any factual disputes at this time. Defendants defer to the Court's preference for argument times and duration.

Dated: February 17, 2025					Respectfully submitted,

					*/s/*   Jon M. Greenbaum
					Norman L. Eisen, D.C. Bar #435051
					Tianna J. Mays, D.C. Bar #90005882 (pro hac forthcoming)
					Jon M. Greenbaum, D.C. Bar #489887
					Pooja Chaudhuri, D.C. Bar #888314523
					STATE DEMOCRACY DEFENDERS FUND
					600 Pennsylvania Avenue SE #15180
					Washington, DC 20003
					Tel: (202) 601-8678
					norman@statedemocracydefenders.org
					tianna@statedemocracydefenders.org
					jgreenbaum@justicels.com
					pooja@statedemocracydefenders.org
					Attorneys for Plaintiff Susan Tsui Grundmann

					FOR DEFENDANTS:

					BRETT A. SHUMATE
					Acting Assistant Attorney General

					LESLEY FARBY
					Deputy Director, Federal Programs Branch


					*/s/ Christopher R. Hall*
					CHRISTOPHER R. HALL
					Assistant Director
					United States Department of Justice
					Civil Division, Federal Programs Branch
					1100 L St. NW
					Washington, DC 20005
					Phone: (202) 514-4778
					E-mail: Christopher.Hall@usdoj.gov