IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN TSUI GRUNDMANN,<br><br>        *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>    and<br><br>COLLEEN DUFFY KIKO, in her official capacity as Chairman of the Federal Labor Relations Authority,<br><br>        *Defendants*. | Civil Action No. 1:25-cv-425-SLS |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's March 12, 2025 Order, *see* ECF No. 21, and Memorandum Opinion, *see* ECF No. 22.

Dated: May 8, 2025  Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

<u>/s/ *Alexander W. Resar*</u>
ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*