IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN TSUI GRUNDMANN,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>and<br><br>COLLEEN DUFFY KIKO, in her official capacity as Chairman of the Federal Labor Relations Authority,<br><br>*Defendants*. | Civil Action No. 1:25-cv-425-SLS |

## DEFENDANTS' NOTICE OF WAIVER OF REPLY IN SUPPORT OF MOTION FOR STAY PENDING APPEAL

In light of the significant government interests outlined in Defendants' Motion for a Stay Pending Appeal, ECF No. 26, and the Supreme Court's order in *Trump v. Wilcox*, 145 S. Ct. 1415 (2025), Defendants respectfully request that this Court issue its decision by Friday, June 13, 2025. To expedite resolution of Defendants' Motion for a Stay Pending Appeal, Defendants hereby waive the submission of any reply in support of their motion.

Dated: June 9, 2025                                                  Respectfully submitted,

                                                YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Alexander W. Resar*
ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*